### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 1:24cv80-GHD-RP**

**QUEEN CULLENS**                                               **DEFENDANT**

### DEFAULT JUDGMENT

The Defendant, Queen Cullens, having failed to appear, plead or otherwise defend in this action, and default having been entered on August 13, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Queen Cullens, in the amount of $46,920.56, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $405.00 to the Clerk of Court.

This the 16th day of August, 2024.

                                             __s/ David Crews_____

                             BY:     Clerk of Court by LGM